**Affirmed and Memorandum Opinion filed August 3, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00314-CR**
**NO. 14-22-00315-CR**
**NO. 14-22-00320-CR**
**NO. 14-22-00321-CR**

---

**DANIELLE POPE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1706082, 1706083, 1706085, 1706087**

---

**MEMORANDUM OPINION**

Appellant Danielle Pope appeals his convictions for two charges of aggravated assault of a public servant, aggravated robbery with a deadly weapon, and possession of a firearm by a felon. See Tex. Penal Code Ann. §§ 22.02, 29.03, & 46.04. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of

*Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.


/s/ Jerry Zimmerer
Justice


Panel consists of Justices Wise, Zimmerer, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).